# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.L.C.R., A MINOR, BY | : | |
| HIS P/N/G MARTA RIVERA, | : | CIVIL ACTION |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | NO. 11-3210 |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 23rd day of February, 2012, upon careful and independent consideration of the plaintiff's request for review (Doc. No. 14), the Response thereto (Doc. No. 14), and plaintiff's reply (Doc. No. 16), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 19), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

2. The matter is **REMANDED** to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

3. Judgment is **ENTERED** in favor of Plaintiff and against the Commissioner of the Social Security Administration.

The Clerk of Court is directed to mark this case **CLOSED.**

                                                                                   BY THE COURT:

                                                                                   /s/LAWRENCE F. STENGEL
                                                                                   LAWRENCE F. STENGEL, J.

---

[1] I note that the commissioner did not file objections to the Report and Recommendation.